# Court of Appeals
# of the State of Georgia

ATLANTA,  April 23, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0186.  KNOWLES v. KNOWLES.**

Jeremy Knowles, proceeding pro se, has filed an "Emergency Motion for Stay of Enforcement Pending Appellate Review" in which he asserts that an appeal is pending before this Court. Knowles's application for discretionary appeal was granted on March 10, 2026, and he was given ten days to file a notice of appeal in the trial court, if he had not already done so. Knowles has not included a stamped "filed" copy of a notice of appeal with his emergency motion, and the clerk's office of this Court has confirmed with the clerk's office of DeKalb County Superior Court that no such notice has been filed. As a result, it does not appear that there is a notice of appeal that would operate as supersedeas of the trial court's final order.

We decline to exercise our limited emergency powers under Court of Appeals Rule 40(b) to stay enforcement of the trial court's final order. The emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/23/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*